**CONSUMER LEGAL SERVICES, P.C.**
CHRISTOPHER M. LOVASZ (SBN 303120)
JEEHO H. LIM (SBN 297365)
2330 Long Beach Blvd.
Long Beach, CA 90806
clovasz@lemonauto.com
jlim@lemonauto.com

Attorneys for Plaintiff
ANTONIO MONTIEL CHAPA

**NARAIN MACLEAR LLP**
Amy Maclear (SBN 215638)
amy.maclear@nm-llp.com
Raymond Perez, Jr. (SBN 210595)
raymond.perez@nm-llp.com
300 South Grand Avenue, Suite 3950
Los Angeles, CA 90071
Telephone: 323-71-NMLLP
Ford-Eservice-NM@nm-llp.com

Attorneys for Defendants
FORD MOTOR COMPANY AND WARREN-ANDERSON FORD d/b/a FRITTS FORD

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTONIO MONTIEL CHAPA, an individual<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; WARREN-ANDERSON FORD d/b/a FRITTS FORD, a California Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:25-CV-03015-SSS-SPx<br><br>Hon. Sunshine S. Sykes<br>Courtroom 2<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE** |

The Court, having reviewed the parties' Stipulation of Dismissal of Entire Action with Prejudice and good cause appearing, orders that this case be, and is hereby, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: September 10, 2026

By: ______________________________

Hon. Sunshine S. Sykes
United States District Judge